**Order entered September 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00365-CR

### STEVEN WARE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F18-76179-R

## ORDER

Before the Court is Christian Souza's August 29, 2019 motion to withdraw as counsel for appellant. We **GRANT** the motion and **DIRECT** the Clerk to remove Christian Souza as appellant's counsel of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal. We **ORDER** the trial court to transmit a supplemental clerk's record containing the order appointing new counsel to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jennifer Bennett, Presiding Judge, 265th Judicial District Court; to Christian Souza, Dallas County Public Defender's Appellate Division; and to the Dallas County District Attorney's Office, Appellate Division.

We **ABATE** this appeal to allow the trial court to comply with this order.  We will reinstate the appeal when we receive the order appointing new counsel.


/s/      BILL PEDERSEN, III
JUSTICE